**F I L E D**
CLERK, U.S. DISTRICT COURT

2/5/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEOFFERY KLEIN, <br> aka "wkovacs," <br><br> Defendant. | CR  2:26-cr-00061-GW <br><br> I N D I C T M E N T <br><br> [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 2253: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2252A(a)(5)(B)]

On or about July 23, 2015, in Los Angeles County, within the Central District of California, defendant GEOFFERY KLEIN, also known as "wkovacs," knowingly possessed a Seagate hard drive with serial number 5FB1CRGN, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, Internet, and cellular telephone, and that had been produced using

materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, Internet, and cellular telephone, knowing that the images were child pornography.

The child pornography that defendant KLEIN possessed on the hard drive included the following files:

1.    "Carved [0][1416693].jpeg";

2.    "Carved [0][1586711].jpeg";

3.    "Carved [0][1632003].jpeg"; and

4.    "Carved [0][2002031].jpeg".

COUNT TWO

[18 U.S.C. § 2252A(a)(5)(B)]

On or about July 23, 2015, in Los Angeles County, within the Central District of California, defendant GEOFFERY KLEIN, also known as "wkovacs," knowingly possessed a Seagate hard drive with serial number 3KA0KEXR, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, Internet, and cellular telephone, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, Internet, and cellular telephone, knowing that the images were child pornography.

The child pornography that defendant KLEIN possessed on the hard drive included the following files:

1.   "ZX2-120.avi";

2.   "(Pthc) !!!New 0607!!! Moscow-4 Vhs 4(Dvd Quality).avi";

3.   "ZX2-321.WMV";

4.   "X Pthc - Daddy's Girl Jessie 12yo - Juicy Fruit !!!NEW!!! 2007.wmv"; and

5.   "ZX2-244.mpg".

3

COUNT THREE

[18 U.S.C. § 2252A(a)(5)(B)]

On or about July 23, 2015, in Los Angeles County, within the Central District of California, defendant GEOFFERY KLEIN, also known as "wkovacs," knowingly possessed a Western Digital hard drive with serial number WMANM7776340, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, Internet, and cellular telephone, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, Internet, and cellular telephone, knowing that the images were child pornography.

The child pornography that defendant KLEIN possessed on the hard drive included the following files:

1.  "PTHC - Compilation of classic's childporn movies.mpeg";

2.  "xxx Raygold - 12y Gets Face Fucked While Tied Up And Also While Sitting - She Swallows His Load_2.mpg";

3.  "Gracel with man playing sex.VOB"; and

4.  "(pthc) (Hussyfan) (Kingpass) (Vicky) (LordOfTheRing) (Moscow) (Liluplanet) (Nablot) (St Petersburg) (r_ygold) (babyshivid) Dad & Daughter - Anya 02.mpg".

4

COUNT FOUR

[18 U.S.C. § 2252A(a)(5)(B)]

On or about July 23, 2015, in Los Angeles County, within the Central District of California, defendant GEOFFERY KLEIN, also known as "wkovacs," knowingly possessed a Western Digital drive with serial number WDWMC1S7029579, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, Internet, and cellular telephone, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular telephone, knowing that the images were child pornography.

The child pornography that defendant KLEIN possessed on the hard drive included the following files:

1.   "(~pthc center~)(opva)(2012) Latina violada 7 aos y feliz.avi";

2.   "Man Plays with Baby's Pussy.wmv.asf";

3.   "Orgasm compilation.avi";

4.   "1-005.mp4"; and

5.   "1-009.mp4.mpg".

FORFEITURE ALLEGATION

[18 U.S.C. § 2253]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of the defendant's conviction of the offenses set forth in any of Counts One through Four of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a) All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received and involved in any such offense;

(b) All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses;

(c) All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant, if so convicted, shall forfeit substitute

6

property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                        /S/ _____
                                        Foreperson


TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division



FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

MIRELLE RAZA
Assistant United States Attorney
Major Crimes Section